

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2015

No. 04-15-00326-CV

**IN THE INTEREST OF A.D.,**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01927
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

    Letitia Moncivais' Notification of Late Reporter's Record is hereby GRANTED.  Time is extended to June 15, 2015.

_____
Jason Pulliam, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court